FILED

MAR 1 0 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

2476211

UNITED STATES BANKRUPTCY COURT
Eastern District of California

In re  Rosielyn Paiva                              ,
                  Debtor

Case No.  2010-25983

Chapter  13

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date  3/10/10

Signature of Debtor  /s/ Rosielyn Paiva
                         ROSIELYN PAIVA

George Holland, Jr.

Wachovia
P.O. Box 25341
Santa Ana, CA 92799

RECEIVED
March 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002476211